JAMES W. LONG, AS ADMINISTRATOR *AD PROSEQUEN-DUM* OF THE ESTATE OF JAMES W. LONG, JR., DE-CEASED, *ETC.*, PLAINTIFF-RESPONDENT, v. SUTHER-LAND-BACKER COMPANY, A BODY CORPORATE, DE-FENDANT-APPELLANT.

Argued October 24, 1966—Decided November 7, 1966.

Mr. *James D. Carton, III* argued the cause for appellant (*Messrs. Carton, Nary, Witt & Arvanitis,* attorneys).

Mr. *Peter Shebell, Jr.* argued the cause for respondent (*Mr. Thomas F. Shebell,* attorney).

The opinion of the court was delivered

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Kolovsky in the Appellate Division, 92 *N. J. Super.* 556.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, HALL, SCHETTINO and HANEMAN —- 6.

*For affirmance* — None.